UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DAVID T. DAVIS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:12-cv-594-TAV-CCS |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## AGREED ORDER

The parties have conferred and hereby inform the Court that they are in agreement with the Report and Recommendation issued on February 11, 2014 [Ct. Doc. 24], in which the Magistrate Judge recommended that attorney's fees, pursuant to Equal Access to Justice Act, 28 U. S. C. § 2412(d), be awarded in the amount of $11,361.10.

THEREFORE, IT IS HEREBY ORDERED that attorney fees in the amount of $11,361.10 **be paid to Plaintiff** under the Equal Access to Justice Act, 28 U. S. C. § 2412(d), and that Plaintiff also be paid $11.50 in expenses, and $350.00 in costs.

 ENTER:

 s/ Thomas A. Varlan
 CHIEF UNITED STATES DISTRICT JUDGE

| Approved by: | Proposed by: |
|---|---|
| s/Kenneth A. Miller (by permission s/LSH) | s/Loretta S. Harber |
| KENNETH A. MILLER (BP# 005661) | LORETTA S. HARBER (BP# 007221) |
| Attorney for Plaintiff | Assistant United States Attorney |
| 800 South Gay Street | Attorney for Defendant |
| Suite 2210 | 800 Market Street, Suite 211 |
| Knoxville, TN 37929 | Knoxville, Tennessee 37902 |
| Telephone: (865) 637-0515 | Telephone: (865)545-4167 |
| Email: kamatty@aol.com | Email: loretta.harber@usdoj.gov |